Lambe, et al. v. Kahlon et al., 13-CV-3126

**FILED**
**IN CLERK'S OFFICE**
**U S DISTRICT COURT E D N Y**
★ FEB 01 2016 ★
**LONG ISLAND OFFICE**

## LIABILITY

### A. Plaintiff's Claims

1. Did Plaintiff prove by a preponderance of the evidence that Defendants tortiously interfered with Plaintiff's contract(s)?

   YES ✓           NO _____

   Proceed to Question Number 2.

2. Did Plaintiff prove by a preponderance of the evidence that Defendants tortiously interfered with Plaintiff's prospective economic relations?

   YES ✓           NO _____

   Proceed to Question Number 3.

3. Did Plaintiff prove by a preponderance of the evidence its claim for defamation?

   YES ✓           NO _____

   Proceed to Question Number 4.

4. Did Plaintiff prove by a preponderance of the evidence its claim for malicious prosecution?

   YES _____    NO ✓

   Proceed to Question Number 5.

5. Did Plaintiff prove by a preponderance of the evidence its claim for abuse of process?

   YES ✓           NO _____

   Proceed to Question Number 6.

-1-



COURT EXHIBIT
②
13-cv-3126

6. Did Plaintiff prove by a preponderance of the evidence its claim for prima facie tort?

   YES __✓__                              NO _____

   Proceed to Question Number 7.

7. Did Plaintiff prove by a preponderance of the evidence that Defendants wrongfully filed a UCC-1 Statement in violation of New Jersey law?

   YES __✓__                              NO _____

   Proceed to Question Number 8.

B. <u>Defendants' Counter-Claim</u>

8. Did Defendants prove by a preponderance of the evidence that Plaintiff breached their contract?

   YES _____                             NO __✓__

   If you answered "YES" to ANY question from
   Question 1 through Question 7,
   or if you answered "YES" to Question 8,
   proceed to the next page to consider Damages.

## DAMAGES

### A. Plaintiff's Claims

9. If you answered "YES" to ANY question from Question 1 through Question 7, what damages is Plaintiff entitled to recover as a result of Defendants' actions?

    A. Compensatory Damages:

    $ __750,000__

    B. Punitive Damages:

    $ __250,000__

    IF YOU ENTERED AN AMOUNT FOR A DO NOT ANSWER C

    C. Nominal Damages:

    $ _____

### B. Defendants' Counter-Claim

15. If you answered "YES" to Question 8, what amount of damages is Defendants entitled to recover on its claim that Plaintiff breached their contract?

    A. Compensatory Damages:

    $ _____

    IF YOU ENTERED AN AMOUNT FOR A DO NOT ANSWER B

    B. Nominal Damages:

    $ _____

**Your deliberations are now complete. You should report back to the courtroom.**

*[Signature]*
Foreman

-3-