UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TROY LAMBE, SUNRAY SOLAR INC.,
and MAX DIVERSIFIED, INC., **AMENDED JUDGMENT**

                           Plaintiffs,
    -against- 13-CV-3126 (DRH)

YOSSEF KAHLON also known as Jossef
Kahlon, and ATLAS SOLAR HOLDINGS, LLC,

                         Defendants.
-----------------------------------------------------------X
HURLEY, District Judge:

    The issues in this matter having been tried before the Honorable Leonard D. Wexler, and the jury having rendered its verdict,

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiffs Troy Lambe, Sunray Solar, Inc., and Max Diversified, Inc. and against Defendants Yoseef Kahlon, a.k.a. Jossef Kahlon, and Atlas Solar Holdings, LLC, jointly and severally, in the amount of $750,000.00 in compensatory damages, and $250,000.00 in punitive damages for a total award of $1,000,000.00. Post-judgment interest pursuant to 28 U.S.C. §1961 shall accrue from February 2, 2016, viz., the date of entry of entry of the original judgment); and

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Defendants take nothing of Plaintiffs and that Defendants' counterclaim is dismissed on the merits.

Dated: Central Islip, New York
       April 13, 2018

                                                    s/ Denis R. Hurley
                                                DENIS R. HURLEY
                                                UNITED STATES DISTRICT JUDGE